```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    JESSICA A. DAYTON (State Bar #231698)
 2  THOMAS E. FRANKOVICH
    A PROFESSIONAL LAW CORPORATION
 3  2806 Van Ness Avenue
    San Francisco, CA   94109
 4  Telephone:    415/674-8600
    Facsimile:    415/674-9900
 5
    Attorneys for Plaintiffs JAREK MOLSKI
 6  and DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION
 7  SERVICES: HELPING YOU
    HELP OTHERS
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>EL 7 MARES RESTAURANT; ADALBERTO & SARA AVILA, dba EL 7 MARES RESTAURANT,<br><br>    Defendants.<br>_____ | **CASE NO. C04-1882 PVT**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6  DATED: 6/15/05  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*

   By: _____/s/_____
   Jessica A. Dayton
   Attorneys for Plaintiffs JAREK MOLSKI and
   DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES: HELPING YOU
   HELP OTHERS

   DATED: 5/16/05  JAMES & MCCLELLAN

   By: _____/s/_____
   Renton Rolph.
   Attorneys for Defendants ADALBERTO & SARA
   AVILA, dba EL 7 MARES RESTAURANT

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

DATED: JUNE 16, 2005 _____, 2005

/S/ Patricia V. Trumbull
_____
Hon. Patricia V. Trumbull
United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON   -2-